IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>KENNETH DEAN BECKER,<br><br>　　　　　　Defendant. | **8:20CR79**<br><br>**ORDER** |

　　　　This matter is before the Court after a status conference hearing on November 20, 2020. Filing No. 44. Assistant Federal Defender Mary Gryva is granted permission to withdraw as the defendant's attorney of record. The Court has determined that the Federal Public Defender shall continue to represent the defendant. The court is advised that AFPD Michael J. Hansen will serve as the defendant's attorney of record and a Notice of Substitution of Counsel has been filed (Filing No. 46).

　　　　IT IS ORDERED that AFPD Michael J. Hansen is substituted as the defendant's attorney of record in the above captioned matter.

　　　　Dated this 8th day of December, 2020.

　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　s/ Joseph F. Bataillon
　　　　　　　　　　　　　　　　　　　　Senior United States District Judge