# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | 8:20CR79 |
| vs. | ) | |
| KENNETH DEAN BECKER, | ) | ORDER |
| Defendant. | ) | |

This matter is before the court on the defendant's Motion to Continue Trial [58]. Counsel needs additional time to meet with the defendant to discuss all aspects of this case along with reviewing discovery and all options relating to trial and/or suitable plea negotiations. For good cause shown,

**IT IS ORDERED** that the Motion to Continue Trial [58] is granted, as follows:

1. The jury trial, now set for May 11, 2021, is continued to **July 6, 2021.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and July 6, 2021**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

3. **No further continuances will be granted without a hearing before the undersigned magistrate judge.**

**DATED:** May 3, 2021.

**BY THE COURT:**

**s/ Michael D. Nelson**
**United States Magistrate Judge**