IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>KENNETH DEAN BECKER,<br><br>　　　　　　Defendant. | 8:20CR79<br><br>**AMENDED ORDER OF FORFEITURE** |

This matter is before the Court upon the United States' Motion to Amend the Order of Forfeiture and Judgment. (Filing No. 88). The Court finds said Motion should be granted.

IT IS ORDERED

1. The Court's Order of Forfeiture (Filing No. 88) is amended to forfeit the Defendant's interest in the $3,033 in U.S. currency. The Judgment will reflect this amendment.

2. The balance of the Court's Order of Forfeiture (Filing No. 88) remains in full force and effect.

ORDERED this 7th day of January, 2022.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge