IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>KENNETH BECKER<br>    Defendant. | **8:20-CR-79**<br><br>**JUDGMENT** |

In accordance with the Memorandum and Order entered on this date, the Court enters judgment denying defendant's motion to vacate under 28 U.S.C. § 2255.

Dated this 18th day of December, 2023.

            BY THE COURT:

            s/ Joseph F. Bataillon
            Senior United States District Judge

1